DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY DYER** and **LISETTE DYER,**
Appellants,

v.

**CRYSTAL LAKE VILLAGE HOMEOWNERS ASSOCIATION, INC.,
KELLY LANE,** and **CHRISTINA FINK,**
Appellees.

No. 4D21-1466

[March 10, 2022]

Appeal of a nonfinal order from the County Court for the Seventeenth Judicial Circuit, Broward County; Robert W. Lee, Judge; L.T. Case No. COCE19-017123.

Jeremy Dicker and Angela Prudenti of Sachs Sax Caplan, Boca Raton, for appellants.

Lissette Gonzalez and Alexandra Valdes of Cole, Scott & Kissane, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***